ORIGINAL

FILED
MAY 31 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CONTINENTAL AIRLINES, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 06-432 |

**DISCLOSURE STATEMENT**

Pursuant to Court of Federal Claims Rule 7.1, Plaintiff Continental Airlines, Inc. hereby states that it does not have any parent corporation and that no publicly held corporation owns more than 10% of its stock. However, two institutional investment managers – OppenheimerFunds, Inc. and Wellington Management Company, LLP – each own more than 10% of Continental Airlines, Inc.'s stock. Although Continental Airlines, Inc. does not believe these entities are publicly held corporations, they might be owned by publicly held corporations.

Respectfully submitted,

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 626-5801 (Facsimile)

Counsel for Plaintiff

*Of Counsel*:
Robert K. Huffman
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Washington, D.C. 20005
(202) 626-5824
(202) 626-5801 (Facsimile)

Dated: May 31, 2006