IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for the Government's response to the complaint until 14 days after the request to reassign this case to Judge Braden, which was made in a notice of indirectly related case filed by the plaintiff in American Airlines, Inc. v. United States, 04-1736C (Judge Braden), on July 12, 2006, is resolved. Counsel for plaintiff here, Continental Airlines, Inc., states that Continental does not oppose this motion.

Pursuant to RCFC 12(a)(1), our response to the complaint is due on July 31, 2006. This case and American Airlines involve substantially similar claims of illegal exaction of "uncollected" airline passenger fees. The Government responded to the complaint American Airlines by filing a motion to dismiss, which was denied on November 30, 2005. We intend to file a motion to dismiss in response to Continental's complaint, unless this case is reassigned to Judge Braden, in which case, we recognize, the motion would be futile. As the resolution of the request to reassign this case will materially affect the form of our response, it is reasonable for us to await the Court's decision concerning reassignment, before determining whether to file a dispositive motion.

CONCLUSION

Accordingly, we respectfully request the Court to grant our motion to enlarge the due date of the Government's response to the complaint until 14 days after the request for reassignment filed in American Airlines is resolved.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

July 26, 2006

CERTIFICATE OF FILING

I certify that on July 26, 2006, the attached was filed electronically. I understand that service is complete upon filing and that parties and others may access the filing through the Court's system.

s/Kyle Chadwick