# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CONTINENTAL AIRLINES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-432C

(Filed: August 2, 2006)

## ORDER

Defendant's unopposed motion, filed July 26, 2006, for enlargement of time to respond to the complaint is **GRANTED**.

**It is hereby ORDERED:**

The defendant shall file its response 14 days after the request to reassign this case to Judge Braden, which was made in a notice of indirectly related case filed by the plaintiff in American Airlines, Inc. v. United States, 04-1736C, on July 12, 2006, is resolved.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims