# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., Plaintiff, | | |
| v. | | No. 06-432C |
| THE UNITED STATES, Defendant. | | (Filed: November 29, 2006) |

## ORDER

A Notice of Indirectly Related Cases for Case No. 04-1736, American Airlines, Inc. v. United States, and Case No. 06-641, United Air Lines, Inc. v. United States, was filed by the plaintiff on September 11, 2006.

**It is hereby ORDERED:**

1. The above captioned case will not be transferred to Judge Braden.

2. Therefore, pursuant to the Court's Order filed August 2, 2006, defendant's response to the complaint shall be filed within 14 days of the date of this Order.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims