IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to further enlarge the date for our response to the complaint by two days, from December 13 to and including December 15, 2006. By order dated August 2, 2006, the Court granted our motion to enlarge this deadline until 14 days after a request to reassign this case to Judge Braden was resolved. The Court denied that reassignment request on November 30, 2006. Adam P. Feinberg, counsel for plaintiff, Continental Airlines, Inc., states that Continental does not oppose this motion.

We intend to respond to the complaint with a motion to dismiss. Undersigned counsel has virtually completed a draft motion, including our responses to American Airlines, Inc. v. United States, 68 Fed. Cl. 723 (2005) (denying a similar motion). However, some additional time is required to consult with attorneys from the two affected agencies, U.S. Customs and Border Protection and the United States Department of Agriculture, and to obtain supervisory review. Under these circumstances, the short enlargement sought is reasonable and should cause no prejudice or material delay.

CONCLUSION

Accordingly, we respectfully request the Court to grant our motion to enlarge the due date of the Government's response to the complaint by two days, from December 13 to and including December 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

December 12, 2006

CERTIFICATE OF FILING

I certify that on December 12, 2006, the attached was filed electronically. I understand that service is complete upon filing and that parties and others may access the filing through the Court's system.

s/Kyle Chadwick