# In the United States Court of Federal Claims

**06-432 C**

**Filed: December 13, 2006**

**CONTINENTAL AIRLINES, INC.,**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 12/12/06, for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court