IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for our opposition to plaintiff's motion for partial summary judgment (and reply in support of our motion to dismiss) by 21 days, from February 16 to and including March 9, 2007. This is our first request to enlarge this deadline. Adam P. Feinberg, counsel for plaintiff, Continental Airlines, Inc., states that Continental does not oppose this motion.

We seek this enlargement, among other reasons, because all of the Government counsel working on this case are also involved in American Airlines, Inc. v. United States, No. 04-1736C, before Judge Braden, in which, pursuant to an expedited schedule, (i) plaintiff served its expert damages report on February 1, 2006; (ii) defendant's motion requesting leave to conduct specific discovery concerning damages is due on February 15; and (iii) defendant's expert disclosures concerning damages are due on March 15. (Likewise, Mr. Feinberg represents plaintiff in American.) Additionally, the preparation of our response to Continental's summary judgment motion in this matter has been complicated somewhat by the fact that several of the Government auditors who were involved in the audits of Continental that are at issue here have

moved to other positions or have retired. Under these circumstances, the requested enlargement is reasonable and should cause no prejudice or undue delay.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge the deadline for our opposition to plaintiff's motion for partial summary judgment, and our reply in support of our motion to dismiss, by 21 days, from February 16 to and including March 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Donald E. Kinner
JEANNE E. DAVIDSON
Acting Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

February 15, 2007

CERTIFICATE OF FILING

I certify that on February 15, 2007, the attached was filed electronically. I understand that service is complete upon filing and that parties and others may access the filing through the Court's system.

s/Kyle Chadwick