# In the United States Court of Federal Claims

| | |
|---|---|
| CONTINENTAL AIRLINES, INC., Plaintiff, | |
| v. | No. 06-432C |
| THE UNITED STATES, Defendant. | (Filed: February 27, 2007) |

## ORDER

Defendant's unopposed motion, filed February 15, 2007, for enlargement of time to file its opposition to plaintiff's motion for partial summary judgement (and reply in support of its motion to dismiss), to and including March 9, 2007, is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims