IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to further enlarge the deadline for our opposition to plaintiff's motion for partial summary judgment (and reply in support of our motion to dismiss) by five business days, from March 9 to March 16, 2007. This is our second request to enlarge this deadline. The Court previously granted our motion to enlarge the deadline by 14 days. Adam P. Feinberg, counsel for plaintiff, Continental Airlines, Inc., states that Continental does not oppose this motion. We anticipate filing no further motions to enlarge this deadline.

As we previously advised the Court, all of the Government counsel assigned to this case are also involved in American Airlines, Inc. v. United States, No. 04-1736C, in which defendant's expert disclosures concerning damages are due on March 15, pursuant to an expedited schedule. (Likewise, Mr. Feinberg represents plaintiff in American.) Additionally, counsel from the two agencies involved here, U.S. Customs and Border Protection and the United States Department of Agriculture, have experienced delays in obtaining information and affidavits from Government personnel who were involved in the earlier audits of Continental that are at issue but have since moved to other positions, or have retired. Under these circumstances, this second requested enlargement is reasonable and should cause no prejudice or undue delay.

CONCLUSION

Accordingly, we respectfully request the Court to further enlarge the deadline for our opposition to plaintiff's motion for partial summary judgment, and our reply in support of our motion to dismiss, by five business days, from March 9 to and including March 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Donald E. Kinner
JEANNE E. DAVIDSON
Acting Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

March 8, 2007

CERTIFICATE OF FILING

I certify that on March 8, 2007, the attached was filed electronically. I understand that service is complete upon filing and that parties and others may access the filing through the Court's system.

s/Kyle Chadwick