IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully and reluctantly requests the Court to further enlarge the deadline for our opposition to plaintiff's motion for partial summary judgment (and reply in support of our motion to dismiss) by three business days, from March 16 to March 21, 2007. This is our third request to enlarge this deadline. The Court previously granted motions to enlarge the deadline by a total of 21 calendar days. Adam P. Feinberg, counsel for plaintiff, Continental Airlines, Inc., states that Continental does not oppose this motion. We regret the need for a third enlargement and will file our opposition and reply earlier than March 21, if possible.

Undersigned counsel for defendant has completed a draft of the Government's brief, but requires some additional time for final revisions, consultation with the affected agencies, and supervisory review. In addition, despite the diligent efforts of counsel from the Department of Homeland Security and the Department of Agriculture, some additional time is needed to obtain executed declarations and assemble our other appendix documents, as well as to finalize our responses to plaintiff's proposed findings of uncontroverted fact.

Within the past five days, undersigned counsel has been responsible for, in addition to this matter, among other things, filing an amended answer, a witness list, and a motion for

clarification in American Airlines, Inc. v. United States, Fed. Cl. No. 04-1736C; drafting an opposition to a petition for a writ of certiorari in Night Vision Corp. v. United States, U.S. Sup. Ct. No. 06-1156; participating in a panel discussion at the 2007 Appropriations Law Forum, convened on March 15 by the Government Accountability Office; analyzing and disseminating within the Government the opinion granting judgment for defendant in Huntleigh USA Corp. v. United States, __ Fed. Cl. __ (Mar. 15, 2007); and negotiating and filing a joint status report in United Medical Supply Co. v. United States, Fed. Cl. No. 03-289C, in anticipation of a status conference on discovery issues to be held in Dallas, Texas, on March 22.

Under the circumstances, the requested enlargement is reasonable and should cause no undue delay. We will expect no further enlargements of time for these filings.

CONCLUSION

Accordingly, we respectfully request the Court to further enlarge the deadline for our opposition to plaintiff's motion for partial summary judgment, and our reply in support of our motion to dismiss, by three business days, from March 16 to and including March 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Donald E. Kinner
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

March 16, 2007

CERTIFICATE OF FILING

I certify that on March 16, 2007, the attached was filed electronically. I understand that service is complete upon filing and that parties and others may access the filing through the Court's system.

s/Kyle Chadwick