# In the United States Court of Federal Claims

| | |
|---|---|
| CONTINENTAL AIRLINES, INC., | |
| Plaintiff, | |
| v. | No. 06-432C |
| THE UNITED STATES, | (Filed: March 20, 2007) |
| Defendant. | |

## O R D E R

Defendant's unopposed motion, filed March 16, 2007, for enlargement of time to file its opposition to plaintiff's motion for partial summary judgment (and reply in support of its motion to dismiss), to and including March 21, 2007, is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims