IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONDITIONAL MOTION FOR A**
**CONTINUANCE AND DISCOVERY PURSUANT TO RCFC 56(f)**

Pursuant to Rule 56(f) of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to grant a continuance to allow the Government to conduct discovery into certain factual allegations made by plaintiff, Continental Airlines, Inc., in connection with its motion for partial summary judgment, solely in the event the Court determines that the allegations in question are relevant to determining liability. Our opposition to Continental's motion explains that the allegations in question are not, in fact, relevant; and our responses to plaintiff's proposed findings of uncontroverted fact point out that the allegations are, in the main, not properly supported in conformity with RCFC 56(h)(1). The Court should, we contend, resolve the parties' motions without taking plaintiff's extraneous and self-serving allegations into consideration. This RCFC 56(f) motion is therefore protective only.

As described in the attached declaration of undersigned counsel for defendant, and in our responses to plaintiff's proposed findings of fact, the allegations by Continental to which we cannot adequately respond, without the benefit of discovery, are contained in plaintiff's proposed findings number 10-14, 16, 17, and 71.

CONCLUSION

For the reasons given above and in the attached declaration of counsel, we respectfully request the Court to grant a continuance for discovery by the Government, pursuant to RCFC 56(f), solely in the event the Court deems the proposed findings listed above to be both relevant to Continental's motion, and properly supported.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Bryant G. Snee
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of Agriculture
Washington, DC

March 21, 2007