No. 06-432C
Senior Judge Margolis

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONTINENTAL AIRLINES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**APPENDIX TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING LIABILITY**

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0476
Facsimile: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of Agriculture
Washington, D.C.

March 21, 2007

INDEX TO APPENDIX

**Declaration of Daune Robinson** ....................1

Letter from John Nicholson, CBP, to David Bowman, Continental, Jan. 11, 2006 ....................5

Letter from Daune Robinson, CBP, to David Bowman, Continental, Mar. 22, 2004 ....................11

**Declaration of Barbara Blessing** ....................16

INS internal memorandum concerning Continental liability, Sept. 21, 2001 ....................21

Payment memorandum from Continental to CBP, July 20, 2004 .................... 23

**Declaration of Donna J. Ford, with exhibits** .................... 28

**Declaration of Kevin Shea** ....................73

**Declaration of John Patrick Nicholson** ....................77

## CERTIFICATE OF FILING

I certify under penalty of perjury that the attached appendix was filed electronically with the Court on March 21, 2007. Service is complete upon filing and the documents may be accessed through the Court's electronic system.

s/Kyle Chadwick