Continental Airlines

Finance Department HQSTX
Post Office Box 4607
Houston TX 77210-4607
713 324 5000
continental.com

July 20, 2004

TO: Penny Brown

FROM: Gloria Austin

SUBJECT: INS, & Customs Audit
74-2099724

4 pages attached

Please be advised that CO will be sending you a payment via wire transfer for the final audit assessment that was just received from Muhamed Ayodeji. The amounts assessed are as follows:

| | |
|---|---|
| INS | $283,634.00 = 475 |
| Customs | $106,882.00 - 495 |
| Total Assessment | $390,516.00 |

The worksheets faxed over are attached.

Gloria Austin

Gloria Austin

Agency Fedwire Message Detail Report
For Fedwire ID 1341755

Summary Information

| Message ID | Message Audit Number | ALC | Message Amount | Voucher/CD Number |
|---|---|---|---|---|
| 1341755 | 20040721000047 | 70050096 | $390,516.00 | 125175 |

Details

| Display Heading | Code | Column Heading |
|---|---|---|
| Message Disposition: | 1100 | 02<br>P<br><br>N |
| Acceptance Time Stamp: | 1110 | 0721<br>0857<br>FT01 |
| OMAD: | 1120 | 20040721<br>B1B7J95C<br>000030<br>0721<br>0857<br>FT01 |
| Type / Subtype Code: | 1510 | 10 / 00 |
| IMAD: | 1520 | 20040721<br>B1QGC08C<br>000596 |
| Amount: | 2000 | +0000390516.00 |
| Sender FI: | 3100 | 021000021<br>JPMCHASE |
| Sender Reference: | 3320 | 2317100202JO |
| Receiver FI: | 3400 | 021030004<br>TREAS NYC |
| Business Function: | 3600 | CTR |
| Beneficiary | 4200 | 33 LIBERTY ST<br>NEW YORK, NY 10045<br><br>D<br>70050096<br>US TREASURY - FRB NEW YORK |
| Reference for Beneficiary: | 4320 | CAP OF 04/07/20 |
| Originator: | 5000 | |
| | | CONTINENTAL AIRLINES, INC. |
| Originator FI: | 5100 | P.O.BOX 4607 - HQSCA - 472<br>HOUSTON TX 77210-4607<br><br>D<br>009102499291<br>CONTINENTAL AIRLINES INC |
| Originator to Beneficiary: | 6000 | EIN 742099724 |
| Beneficiary Info: | 6400 | IUF 283,634 CUF 106,882 74 209<br>9724 |

CONTINENTAL AIRLINES, INC.
Electronic Funds Transfer Request

**Wire Information:**

| | | | |
|---|---|---|---|
| Wire Date: | 7/21/2004 | Repetitive Line #: | 681 |
| Wire Amount: | $ 390,516.00 | One time vendor (circle): | YES (NO) |
| Currency (circle): | (US Dollar) Other ____ | | |

**Bank Information:**

| | |
|---|---|
| Beneficiary Bank ABA/CHIPS #: | 021030004 |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | 70050096 |
| Beneficiary Account Name: | U.S. Treasury - FRB New York |
| Beneficiary Address: | |
| Reference: | IUF $283,634.00 & CUF $106,882.00 - 74-2099724 |

**Further Credit Bank Information ( if applicable)**

| | |
|---|---|
| Further Credit Account #: | |
| Further Credit Name: | |

Copy

**Authorization Information:**

| | | | |
|---|---|---|---|
| Approval Signature: | [signature] | Name/ Title / Emp # (please print): | David V. Bowman<br>Dir-Excise, Property, Sales/Use & Payroll |
| Approval Signature: | [signature] | Name/ Title / Emp # (please print): | Bob Avant<br>Managing Director- Tax |

**Contact Information:**

| | | | |
|---|---|---|---|
| Name (please print): | Gloria Austin | Phone: | (713) 324 - 1019 |

**Account Information:**

| | Company # 1000 | Cost Center | Amounts |
|---|---|---|---|
| G/L Account #: | 2040700000 | 00000009 | $ 390,516.00 |
| | | | |

**Miscellaneous Information:**

| | | | |
|---|---|---|---|
| Reason for payment: | Assessment Payment -2002-3 Audit (IUF & CUF) | | |
| Date Submitted: | 7/20/2004 | Wire Number (for A/P use): | |

7/20/2004 INS Fees for 2004 2002-3 Auidt Settlement

1. NAME OF PAYER/IMPORTER

Continental Airlines

2. ADDRESS (Include ZIP Code)

9901- 00033

3. TELEPHONE NO.

( )

4. DATE

7-21-04

Customs officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24.1(b))

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# COLLECTION RECEIPT OR INFORMAL ENTRY

19 CFR 4.23, 10.71, 123.4, 141.68, 143.23–143.25, 145.12, 148.12, 148.27

## RECEIPT

| 5. ACCT. CLASS. CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT | |
|---|---|---|---|---|
| 072 | | Fed Wire No Chk Info | 390516 | 00 |
| | | MP 14F + CUF Qtrly | | |
| | | (14F 283634, CUF 106882) | | |
| | | UST 125175 | | |
| | | 7-21-04 | | |
| | | 390516.00 | | |
| 9. TOTAL COLLECTION: | | Customs officer must write CF 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1(b)) | 390516 | 00 |

## INFORMAL ENTRY

| 10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.U.S. NO.; G.O. NO.; VIOLATION | 11. VALUE | 12. RATE | 13. DUTY |
|---|---|---|---|
| J49W 0722040033309600 | | | |

14. I.T./BL/AWB NO.

15. I.T. ORIGIN PORT

16. COUNTRY OF EXPORT

17. IMPORTATION DATE

18. IMPORTING CARRIER

20. DUTY:

21. I.R. TAX:

22. MERCHANDISE PROCESSING FEE:

23. OTHER:

I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached.

19. IMPORTER OR AGENT SIGNATURE

X

24. TOTAL COLLECTION: Customs officer must write serial no. on all checks and money orders. (19 CFR 24.1(b))

25. CUSTOMS OFFICER SIGNATURE/BADGE NO.

26. TOTAL CASH

IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/PENALTIES COLLECTED TO THE APPROPRIATE DISTRICT DIRECTOR IN ACCORDANCE WITH CUSTOMS REGULATIONS.

PART 1 (WHITE)—COLLECTION COPY
PART 2 (PINK)—PAYER COPY
PART 3 (YELLOW)—RECORD COPY

PART 2—PAYER

Customs Form 368 (010791)

ADJUSTMENT FORMS

| CBP | Date of Deposit | Class Codes | Amounts |
|---|---|---|---|
| Customs | Commercial Air | 495 | $ 106,882.00 |
| INS | Commercial Air | 475 | $ 283,634.00 |
| Customs | Commercial Vessel | 495 | |
| Customs | Commercial Vessel | 484 | |
| INS | Commercial Vessel | 476 | |
| INS | Commercial Vessel | 477 | |
| Customs | Railroads | 493 | |
| TOTAL USER FEES | | | $ 390,516.00 |
| 072/073 | | | |
| Bill(s)and amount | | | |
| Other | | | |
| CASH RECEIPT TOTALS | | | $390,516.00 |

FOOTNOTES CUF & IUF User Fee Audit Finding - Continental Airlines

CASH RECEIPT # 55638571 UST NO. ______

PREPARED BY Kara N Wilty DATE 7/24/04

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| | ) | ( Senior Judge Margolis) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DECLARATION OF DONNA J. FORD

I, Donna J. Ford of Riverdale, Maryland, do hereby declare that I make the following representations based upon my personal knowledge and upon facts made known to me in my capacity as an official of the Animal and Plant Health Inspection Service (APHIS) of the United States Department of Agriculture (USDA).

1. I am over 21 years of age, am of sound mind, have never been convicted of any felony, am fully competent to testify to the matters stated herein, and know that this declaration may be used as evidence in the captioned proceeding.

2. I am presently the Chief of the Financial Services Branch for APHIS, USDA, in Riverdale, Maryland where my office is located. I have held this position since December of

2002. In this position, I am responsible for the establishment, implementation, and carrying out of APHIS' policies and procedures regarding user fees, including the user fee charged for international air passengers that is authorized by 21 U.S.C. § 136a and is currently set forth in 7 C.F.R. § 354.3(f). I am also responsible for the establishment and implementation of APHIS' policies and procedures regarding agreements to be entered into by APHIS, and the travel of APHIS employees.

3. From approximately January 1991 through November 30, 2002, I was the Supervisory Accountant who was the head of APHIS, USDA's user fee section. In this position, I was also responsible for the establishment, implementation, and carrying out of APHIS' policies and procedures for user fees, including the user fee charged for international air passengers that is authorized by 21 U.S.C. § 136a and is set forth in 7 C.F.R. § 354.3(f).

4. A search was conducted by employees of APHIS, USDA to obtain records that reflected when Continental had paid the amounts determined to be owed by it for international air passenger fees for the audit conducted of it for the period July 1999 through December 2001 ("audit 1"), for the audit conducted of it for the period January 1, 2002 through December 31, 2003 ("audit 2") and for the audit conducted of it for the period January 1, 2004 through September 30, 2005 ( "audit 3"). These three audits were performed to determine whether Continental Airlines had complied with the requirements of APHIS, USDA's statute (21 U.S.C. § 136a) and regulations (7 C.F.R. § 354.3(f)) , which require airlines to collect and remit a fee to APHIS, USDA, from every international passenger who arrives aboard a commercial aircraft at a port of entry in the United States or who is preinspected for agricultural safety purposes outside the customs territory of the United States prior to arriving at a port of entry, subject only to the exemptions in 7 C.F.R. § 354.3(f)(2).

5. Copies of the documents that reflects Continental's payment of what was determined to be owed for "audit 1" for international air passenger fees, other than Continental's employees' "pleasure travel", as well as the interest charges it paid are attached as Exhibit A. I have determined, based on the documents that I examined, that on or about July 30, 2002, Continental paid $1,352,533.59 for the total audit liability due, of which $863,979.89 was paid for international air passenger fees, other than Continental's employees' "pleasure travel." I have also determined that on or about November 15, 2002, Continental paid interest charges in the amount of $75,025.71 for "audit 1," of which $68,021.22 was interest charges for international air passengers. The aforementioned interest charges paid by Continental were charges owed in regard to both the amount the audit determined to be owed for international air passenger fees for other than Continental's employees' pleasure travel, here $863,979.89, and the amount the audit determined to be owed for employee pleasure travel which was an additional $343,082.45. On September 17, 2002, Mr. David Bowman, Tax Analyst for Continental Airlines requested that penalty charges, in the amount of $150,453.86, of which $136,042.43 was penalty charges for international air passenger fees of the general public and Continental's employees traveling on pleasure travel, that APHIS determined to be owed for all of the fees the audit determined were owed, be waived. Due to Continental's generally timely payment record, I approved the waiver of the penalty charges on November 14, 2002.

6. Copies of the documents that reflects Continental's payment of what was determined to be owed for "audit 2" for international air passenger fees are attached here as Exhibit B. I have determined, based on the documents that I examined, that on or about July 21, 2004, Continental paid $368,565.00, of which $ 109,535 was paid for international air passenger fees,

other than those for the Ireland sales office. I have also determined that on or about January 5, 2005, Continental paid interest and penalty charges in the amount of $33,045.18, for all of the fees determined to be owed for "audit 2," of which interest charges in the amount of $2,018.12 and penalty charges in the amount of $12,108.73 were paid for both the aforementioned international passenger fees for the general public determined to be owed in the amount of $109,535 and those determined to be owed for the Ireland sales office in the amount of $24,357.00.

7. Copies of the documents that reflects Continental's payment of what was determined to be owed for "audit 3" for international air passenger fees are attached here as Exhibit C. I have determined, based on the documents that I examined, that Continental paid $128,000.92 on or about September 12, 2006, and included in this amount were three separate amounts, i.e. $30,428.57, $91,817.00 and $5,755.35, the audit determined to be owed for international air passenger fees.

8. Under 21 U.S.C.§ 136a, the Secretary of Agriculture is authorized to establish fees to cover the full cost of international air passenger agriculture and quarantine (AQI) inspection services provided in connection with the arrival of international air passengers at a port in the customs territory of the United States, or the preclearance or preinspection at a site outside the customs territory of the United States. The Secretary of Agriculture has established such fees. These fees were first codified on April 12, 1991 and were $2, and then lowered to $1.45 in January 1, 1993. From January 1, 1993, until December 31, 2004, the fee ranged from $1.45 to $3.10. From January 1, 2005 through September 30, 2005 the fee was $4.95. From October 1, 2005, and now, the fee is $5.00.

9. APHIS, USDA has had to determine the fee it needs to charge to recover the full costs

of the international air passenger program. I have been responsible for ensuring that the fee established, that is authorized by 21 U.S.C. § 136a, for international air passengers will result in the recovery of the full costs of the international air passenger program. As part of the determination of what the fee should be set at, the fact that there might be some uncollectible debts that would occur in regard to this program because, for example, certain airlines might go out of business before remitting the fees that they were required to collect or might not remit the full amount of the fees due as a result of a bankruptcy proceeding filed or some other matter occurring that affected their financial solvency, was taken into account. However, in determining the amount of the fee that needed to be established for international air passengers, the possibility that certain passengers would refuse to pay the required fee was not taken into consideration in the calculation of the fee established.

10. Continental is mistaken in their assertion set forth on page 27 of their brief entitled "Plaintiff's Consolidated Brief In Opposition To Defendant's Motion To Dismiss And In Support of Plaintiff's Cross Motion For Partial Summary Judgment" that the language they reference from APHIS' 1991 proposal, set forth in 56 Fed. Reg. 8148, 8151(1991), that first proposed user fees for international air passengers, as well as fees for commercial vessels, trucks and railroad cars, means that APHIS assumed in setting the fee for international air passengers that some passengers would refuse to pay the fee and that the amount of the fee was raised to account for that situation. The language that Continental references indicates that included in the proposed fee amount is an amount which would provide for a reasonable balance "in the Account" and that "[t]he balance would also be used to offset any uncollectible debts that result when clients are unwilling or unable to pay for our services." The possibility that international air passengers would refuse to pay the fee was never considered or taken into account in the

establishment of the international air passenger fee and the language referenced by Continental does not state that it was so considered or taken into account.

11. A search was conducted to obtain the work papers for the audit conducted of Continental Airlines for the time period July 1999 through December 31, 2001. APHIS has been unable to locate, to date, copies of the qualifying tickets of international air passengers that were deemed to be confirmed errors for this audit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2007 in Riverdale, MD.

Donna J. Ford

Donna J. Ford

**Continental Airlines**

Exhibit A

Continental Airlines, Inc.
PO Box 4607 ...QS
Houston TX 77210-4607
Tel 713 324 5000

July 31, 2002

USDA, APHIS, AQI
P.O. Box 952181
St. Louis, MO 63195

Re: APHIS Audit Payment
F.E.I.N. 74-2099724

Dear Sirs:

A wire transfer was made on Tuesday, July 30, 2002, from the Chase Manhattan Bank in New York in the amount of $1,352,533.59 for payment of the APHIS User Fee audit of Continental Airlines Inc., which was conducted by Ms. Deborah Martin.

Should you have any questions, please do not hesitate to call.

Sincerely,

a. J. Viktorin

Allen J. Viktorin
Sr. Tax Analyst
(713) 324-6979



Ex A

**Continental Airlines, Inc.**
**Electronic Funds Transfer Request**

**Wire Information:**

| | | | |
|---|---|---|---|
| Wire Date: | 7/30/2002 | Repetitve Line #: | |
| Wire Amount: | $ 1,352,533.59 | One time vendor (circle): | YES |
| Currency (circle): | US Dollar | Board Approved (circle): | YES NO N/A |

**Bank Information:**

| | |
|---|---|
| Benificiary Bank ABA/CHIPS #: | 081000210 |
| Beneficiary Bank Name: | FIRSTAR BANK |
| Beneficiary Bank Address: | 1005 Convention Plaza, St. Louis, MO. 63101 |
| Beneficiary Account #: | 1001104072 |
| Beneficiary Account Name: | USDA APHIS |
| Beneficiary Address: | GOVERNMENT LOCKBOX NO. 952181 |
| Reference : | CONTINENTAL AIRLINES, INC - 74-2099724-ACCOUNT 742099724QA |

**Further Credit Bank Information ( if applicable)**

| | |
|---|---|
| Further Credit Account #: | |
| Further Credit Name: | |

**Authorization Information:**

| | | | |
|---|---|---|---|
| Approval Signature: | | Name/ Title / Emp # (please print): | David V. Bowman Dir-Excise,Property,Sales/Use & Payroll |
| Approval Signature: | [signature] | Name/ Title / Emp # (please print): | Bob Avant Managing Director - Tax |
| Approval Signature: | [signature] | Name/ Title / Emp # (please print): | Gerry Laderman SrVP Finance - Treasurer |

**Contact Information:**

| | | | |
|---|---|---|---|
| Name (please print): | Allen Viktorin | Phone: | (713) 324-6979 |

**Account Information:**

| | | | |
|---|---|---|---|
| Company No: | 1000 | | |
| G/L Account #: | 2040700000 | Cost Center #: | 00000009 |

**Miscellaneous Information:**

| | | | |
|---|---|---|---|
| Reason for payment: | APHIS USER FEE AUDIT | | |
| Date Submitted: | 7/30/2002 | Wire Number (for A/P use): | |

ACTION: R

*** VENDOR DOCUMENT CROSS REFERENCE INQUIRY TABLE ***

KEY IS VENDOR, TRANS ID, ACCEPTANCE DATE

VENDOR: 742099724Q A

| | TRANS ID | ACCEPTANCE DATE | TOTAL AMOUNT |
|---|---|---|---|
| 01- | CR WIRE011031 | 11 01 01 | 3,385,623.61 |
| 02- | CR WIRE011031 | 12 04 01 | 0.00 |
| 03- | CR WIRE020131 | 02 04 02 | 2,439,106.37 |
| 04- | CR WIRE020501C | 05 03 02 | 3,829,066.24 |
| 05- | CR WIRE020730K | 08 13 02 | 1,207,062.34 |
| 06- | CR WIRE020731F | 08 06 02 | 3,712,164.24 |
| 07- | CR WIRE021031H | 11 14 02 | 3,533,302.14 |
| 08- | CR WIRE021115 | 12 03 02 | 68,021.22 |
| 09- | CR WIRE021115 | 12 04 02 | 0.00 |
| 10- | CR WIRE021115 | 06 21 06 | 0.00 |
| 11- | CR WIRE030131G | 02 05 03 | 3,163,260.05 |

Exhibit A

ACTION: R TABLEID: [illegible]

*** VENDOR DOCUMENT CROSS REFERENCE INQUIRY TABLE ***

KEY IS VENDOR, TRANS ID, ACCEPTANCE DATE

VENDOR: 7420997240 B

| | TRANS ID | ACCEPTANCE DATE | TOTAL AMOUNT |
|---|---|---|---|
| 01- | CR WIRE020730K | 08 13 02 | 145,471.25 |
| 02- | CR WIRE020731F | 08 06 02 | 624,866.60 |
| 03- | CR WIRE020731F | 07 27 04 | 0.00 |
| 04- | CR WIRE021031J | 11 14 02 | 580,464.00 |
| 05- | CR WIRE021031J | 11 22 02 | 0.00 |
| 06- | CR WIRE021115 | 12 03 02 | 7,205.71 |
| 07- | CR WIRE021115 | 06 21 06 | 0.00 |
| 08- | CR WIRE030131J | 02 06 03 | 536,028.75 |
| 09- | CR WIRE030501D | 05 05 03 | 563,564.25 |
| 10- | CR WIRE030731G | 08 01 03 | 560,432.25 |
| 11- | CR WIRE031031 | 11 03 03 | 599,125.50 |

USDA
United States Department of Agriculture
Marketing and Regulatory Programs
Animal and Plant Health Inspections Service
Minneapolis Business Site
Butler Sq. Fifth Floor
100 North Sixth Street
Minneapolis, MN 55403

August 6, 2002

Allen Viktorin
Sr. Tax Analyst
Continental Airlines Inc.
P. O. Box 4607 HQS
Houston, TX 77210-4607

Dear Allen Viktorin:

Thank you for your recent payment of $1,352,533.59 for the APHIS User Fee audit conducted by Ms. Deborah Martin. We received this payment on July 30, 2002. The following interest and penalties have been billed to your account as follows:

Passenger user fee account numbered 742099724QA, $204,063.65
Aircraft clearance user fee account numbered 742099724QB, $21,617.15.

The total interest and penalties that are now due on your accounts is $225,680.80. Please remit these funds immediately.

If I may be of further assistance, I may be contacted by telephone at 612-370-2247 or by fax at 612-370-2293.

Thank you for your cooperation.

Wade M. Lantz
Debt Management Specialist
Accounts Receivable Team
USDA

Exhibit A



APHIS - Protecting American Agriculture
Toll Free: (888)616-7598 ext 2291, Commercial: (612)370-2291, FAX: (612)370-2283

An Equal Opportunity Employer

September 9, 2002

Mr. Pierre M. Arsenec
United States Department of Agriculture
Animal and Plant Health Inspection Service
4700 River Road
Riverdale, MD 20737

Re: APHIS User Fee Audit of Continental Airlines Inc.
EIN# 74-2099724

Dear Pierre:

Reference is made to the receipt of your report dated July 11, 2002, of the U.S. Department of Agriculture. Animal and Plant Health Inspection Service User Fee audit of Continental Airlines Inc., which was conducted by Ms. Deborah Martin. Please note that a wire transfer was made on July 30, 2002 from the Chase Manhattan Bank in New York on July 30, 2002, in the amount of $1,352,533.59 for payment of the User Fee audit.

Reference is also made to the notification dated August 6, 2002, acknowledging the receipt of the wire transfer made by Continental Airlines Inc., and the additional request for penalty and interest in the amount of $225,680.80.

We are requesting an abatement of the penalty and interest due to the unusual and inconsistent notification that Continental Airlines received regarding the assessment.

Upon completion of the audit by Ms. Deborah Martin, we received a draft audit report detailing the results of the audit, and the reference to an interest waiver expiration date of March 31, 2002. However, additional audit procedures needed to be completed by both Continental Airlines and Ms. Deborah Martin in order to finalize the audit. Payment of the audit settlement was delayed, and the date of the interest waiver expiration date was extended with the approval of Ms. Martin. The additional audit procedures were then addressed and completed.

In May 2002, an email was received from Ms. Martin with an attachment that included the original draft audit report with the same reference to the interest waiver expiration date of March 31, 2002. We now recognize that Ms. Martin made reference to a separate

interest waiver expiration date in the body of her email, nonetheless, we focused our attention on the attached draft report, and not the email. Since the draft report was attached, we assumed that Continental Airlines would receive a formal final assessment letter detailing the completed results of the user fee audit, the final assessment, and the extended interest waiver expiration date.

Continental Airlines Inc. assumed the report dated July 11, 2002, and received thereafter was the final report and paid the settlement timely.

In the past, Continental Airlines Inc. has made diligent efforts to comply with the regulatory requirements of the Animal and Plant Health Inspection Service, and continually strives to improve the process that we use to access and collect fees from our passengers and for our aircraft arrivals.

We therefore request an abatement from the assessment of penalty and interest.

If you should have any questions or need additional information, please do not hesitate to contact me. Thank you.

Sincerely,

David V. Bowman
Director, Excise, Property, Sales & Use, and Payroll Tax
Direct Dial (713) 324-2130

**Pierre Arsenec** 09/17/2002 11:29 AM

To: <DBowma@coair.com>@INTER2@gw
cc: Deborah A Martin/MD/APHIS/USDA@USDA, Wade M Lantz/MN/APHIS/USDA@USDA

Subject: Audit of Continental Airlines for APHIS

Hello David,

I received your letter (attached) requesting an abatement from the assessment of penalty and interest associated with the subject audit. As we discussed this morning, I would discuss the situation with the Accounts Receivable personnel in Minneapolis and get back with you.

I understood from our conversation this morning that Ms. Martin extended the interest waiver date from March 31, 2002 to a date which was on or after the date that the Continental remittance was received by APHIS. After my discussion this morning with Ms. Martin, I understand that on May 1, 2002, the interest waiver was postponed to May 15, 2002 to facilitate remittance after research completion and liability determination. However, Continental remitted at the end of July, missing the May 15, 2002 interest waiver extension date.

I will share these facts with the Director of our organization, as well as your (attached) letter, for his decision. Since the Director will return to the office next week, you should expect to hear from him soon.

Thank you for sharing your thoughts with APHIS regarding this situation. If I can be of any further assistance, please let me know.

Regards,
Pierre Arsenec
Chief, User Fee Auditing Branch
RMSES, APHIS, USDA

Continental interest waiver

Bonnie J Vevang
11/14/2002 03:13 PM

To: Doris J Horns/MN/APHIS/USDA@USDA
Subject: Penalty Assessed for Late Payment of Audit Payment

This e-mail is regarding Continental. Don't know why Donna sent it to me.

--------------------- Forwarded by Bonnie J Vevang/MN/APHIS/USDA on 11/14/2002 03:12 PM ---------------------------

From: Donna J Ford on 11/14/2002 03:56 PM EST

To: DBowma@coair.com
cc: Bonnie J Vevang/MN/APHIS/USDA@USDA
Subject: Penalty Assessed for Late Payment of Audit Payment

Mr. Bowman,

First let me apologize for the time lapse in this response from your request. I mailed a letter to you with our decision, and it was just returned today undelivered!

I discussed the issue with our Director of the Financial Management Division, Laura MacKenzie.

Based on Continental's excellent payment record and also because of the confusion with the payment due date, we are willing to waive the penalty assessed for the late payment. We also accept your offer to pay the interest assessed. The amount you indicated only covered the passenger liability. Below is a breakdown of the interest assessed and also the (now waived) penalty assessed.

Interest:

| | |
|---|---|
| Passenger User Fees | $68,021.22 |
| Aircraft Clearance User Fees | $ 7,205.71 |
| TOTAL Interest Owed | $75,226.93 |

Rec Sec. 174

Penalty:

| | |
|---|---|
| Passenger User Fees | $136,042.43 |
| Aircraft Clearance User Fees | $ 14,411.43 |
| TOTAL Penalty WAIVED | $225,660.79 |

Your prompt payment of the interest assessed is appreciated. We look forward to our continued good working relationship with Continental. If you have any questions, please feel free to call me on 301-734-5752 or respond to this email.

Sincerely,

Donna J. Ford, Head
APHIS User Fees
Financial Management Division

11/20/02 – Wire info given to Becky to post

75,226.93

95168 1 1 1 5 0 2 12403400

wire

U.S. BANK
ST. LOUIS, MO 63101

APHIS
2180
331

1 1 1 5 0 2

Dear Wire Transfer Customer,

| | |
|---|---|
| Regarding your Account: | 1001104072 |
| Credited for Amount: | 75,226.93 |
| Date: | November 15, 2002 |
| Sequence Number: | 021115018384 |

SourceBk: 021000021-JPMCHASE TargetBk: 081000210-MERC STL

Acct #: 742499724

DISP=02P N
TIME=11151326FT01
OMAD=20021115I1Q73AGC002935111151326FT01
CODE=1000
IMAD=20021115B1QGC03C002997
AMT=000007522693
SND=021000021JPMCHASE*
SBR=1213400319JO*
RCV=081000210MERC STL*
TYP=CTR *
BNF=D1001104072*USDA APHIS*
RFB=CAP OF 02/11/15*
ORG=D009102499291*CONTINENTAL AIRLINES INC*P.O.BOX 4607 - HQSCA - 472*HOUSTON TX
77210-4607*
OBI=LOCKBOX 95218 ACCT 742099724QA TAX*ID 742099724*

QA $68,021.22 QB $7,205.71
Acct Code: 023 023
Rev Src: 174 174

12/3/02 - Provided Bailey copy
Schedule for adm
posting

12/3/02
11/19/02

Please Address any inquiries regarding this wire transfer to:
US Bank Wire Transfer Customer Service at: (888) 39-47..

ACTION: R *** CASH RECEIPT HEADER INQUIRY TABLE ***

KEY IS TRANS CODE, CR NUM

01-
TRANS CODE: CR CR NUM: WIRE021115 DOC DATE: 11 18 02 CASH ACCT:
DEP #: 795168 ACCMP DATE: 11 15 02 D.O.: 03 CONFIRM DATE:
AMOUNT: 75,226.93 BILLED FUND: TV DATE: 11 18 02

02-
TRANS CODE: CR CR NUM: WIRE021115A DOC DATE: 11 18 02 CASH ACCT:
DEP #: 795170 ACCMP DATE: 11 15 02 D.O.: 03 CONFIRM DATE:
AMOUNT: 94,787.30 BILLED FUND: TV DATE: 11 18 02

03-
TRANS CODE: CR CR NUM: WIRE021115B DOC DATE: 12 02 02 CASH ACCT:
DEP #: 795167 ACCMP DATE: 11 15 02 D.O.: 03 CONFIRM DATE:
AMOUNT: 50,000.00 BILLED FUND: TV DATE: 12 02 02

04-
TRANS CODE: CR CR NUM: WIRE021118 DOC DATE: 11 20 02 CASH ACCT:
DEP #: 793920 ACCMP DATE: 11 18 02 D.O.: 03 CONFIRM DATE:
AMOUNT: 5,504.15 BILLED FUND: TV DATE: 11 20 02

Exhibit A

U.S. BANK NATIONAL ASSOCIATION
P O BOX 64830
ST PAUL, MN 55164-0830

Payment for 2004 Audit Liability

ANIMAL PLANT HEALTH INSPECTION SVCS
PO BOX 3220
ATTN SUE BOYD
MINNEAPOLIS, MN 55403-0220

Dear Wire Transfer Customer,

| | |
|---|---|
| Regarding your Account: | 1001104072 |
| Credited for Amount: | 368,565.00 |
| Date: | July 21, 2004 |
| Sequence Number: | 040721001991 |

SourceBk: 021000021-JPMCHASE TargetBk: 081000210-US BANK MISSOURI

DISP=02P N
TIME=07210857FT01
OMAD=20040721I1Q73AGC000278O7210857FT01
CODE=1000
IMAD=20040721B1Q6C04C000592
AMT=000036856500
SND=021000021JPMCHASE×
SBR=2317200202JO×
RCV=081000210US BANK MISSOURI×
TYP=CTR ×
BNF=D1001104072×USDA APHIS×
RFB=CAP OF 04/07/20×
ORG=D009102499291×CONTINENTAL AIRLINES INC×P.O.BOX 4607 - HQSCA - 472×HOUSTON TX
77210-4607×
OBI=LOCKBOX 95218 ACCT 742099724QA TAX×ID 742099724×

CR 3409 WIRE 040721

719442 0 7 2 1 0 4 12403400 445,597.00 7/22/04

Wire

APHIS AQI
2181
331

U.S. BANK
ST. LOUIS, MO 63101 (3417)

0 7 2 1 0 4



EX 6

TOTAL P.01

VENDOR CODE: 742099724QB

U.S. DEPARTMENT OF AGRICULTURE PAGE 2

ANIMAL & PLANT HEALTH INSPECTION SERVICE BILL DATE: 09/21/04

BILLED INTEREST AND PENALTIES FROM AN AUDIT LIABILITY FOR JAN 2002 TO DEC 2003

BILLING RIGHTS SUMMARY
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

IF YOU NEED MORE INFORMATION ABOUT A TRANSACTION ON YOUR BILL, WRITE TO US ON A SEPARATE SHEET OF PAPER AT THE CUSTOMER SERVICE ADDRESS SHOWN ON YOUR BILL. WE MUST HEAR FROM YOU NO LATER THAN 60 DAYS FROM THE BILL DATE ON WHICH THE ERROR OR PROBLEM APPEARED. YOU CAN TELEPHONE US, BUT DOING SO WILL NOT PRESERVE YOUR RIGHTS.

IN YOUR LETTER GIVE US THE FOLLOWING INFORMATION:

*YOUR NAME AND BILLING DOCUMENT ID
*THE DOLLAR AMOUNT, DOCUMENT NUMBER AND DATE OF THE SUSPECTED ERROR.
*A DESCRIPTION OF THE PROBLEM OR ERROR.

YOU DO NOT HAVE TO PAY ANY AMOUNT IN QUESTION WHILE WE ARE INVESTIGATING, BUT YOU ARE STILL OBLIGATED TO PAY THE PARTS OF YOUR BILL THAT ARE NOT IN QUESTION.

CUSTOMER SERVICE

USDA, APHIS, ACCOUNTS RECEIVABLE
P.O. BOX 3334
MINNEAPOLIS, MN 55403

TOLL FREE: 877-777-2128
COMMERCIAL: 612-336-3400
E-MAIL: ABSHELPLINE@APHIS.USDA.GOV

LATE PAYMENT CHARGES

TO PROTECT THE INTEREST OF THE GOVERNMENT ON AMOUNTS OVERDUE, THE DEPARTMENT OF TREASURY REQUIRES A LATE PAYMENT CHARGE ON ALL DELINQUENT DEBTS.

PAYMENTS NOT RECEIVED BY THE DUE DATE ARE SUBJECT TO LATE PAYMENT CHARGES ASSESSED AT THE RATE ESTABLISHED BY THE DEPARTMENT OF TREASURY. ADMINISTRATIVE CHARGES MAY BE ASSESSED AND AN ADDITIONAL SIX PERCENT PER ANNUM PENALTY WILL BE CHARGED FOR PAYMENTS MORE THAN 90 DAYS PAST DUE.

U.S. DEPARTMENT OF AGRICULTURE PAGE 1
ANIMAL & PLANT HEALTH INSPECTION SERVICE BILL DATE: 09/21/04

NEW OR CORRECTED ADDRESS:

______________________
______________________
______________________
______________________

TO:
CONTINENTAL AIRLINES
ATTN: SENIOR TAX ANALYST
1600 SMITH STREET, HQSTX
HOUSTON TX 77022

* ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER MADE PAYABLE TO:
USDA APHIS AQI
PO BOX 952181

ST. LOUIS, MO. 63195-2181
* DO NOT SEND CASH
* ALLOW 5 DAYS FOR PROCESSING
* ON YOUR CHECK OR MONEY ORDER
* PLEASE INCLUDE YOUR VENDOR CODE:
742099724Q A

| | | |
|---|---|---|
| CURRENT AMOUNT : | 14,126.85 | DUE BY: 10/21/04 |
| PAST DUE AMOUNT: | | ENTER AMOUNT ENCLOSED: |
| TOTAL AMOUNT DUE THIS BILL: | 14,126.85 | ______________ |

| BILLING DOC ID | PREVIOUS BALANCE<br>PENALTY AMOUNT<br>ADMINISTRATIVE CHGS<br>INTEREST AMOUNT<br>CURRENT BALANCE | AMOUNT CREDITED | DATE CREDITED |
|---|---|---|---|
| BD 04AQI900344 | 12,108.73<br><br>2,018.12<br>14,126.85 | | |

| | TOTALS |
|---|---|
| PREVIOUS BALANCE: | |
| LESS AMOUNT CREDITED: | |
| PLUS PENALTY AMOUNT: | 12,108.73 |
| PLUS ADMINISTRATIVE CHARGES: | |
| PLUS INTEREST AMOUNT | 2,018.12 |
| | ================== |
| CURRENT BALANCE: | 14,126.85 |

PAGE 1

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL & PLANT HEALTH INSPECTION SERVICE BILL DATE: 09/21/04

NEW OR CORRECTED ADDRESS:

__________________________

__________________________

__________________________

__________________________

TO:
CONTINENTAL AIRLINES
ATTN: SENIOR TAX ANALYST
1600 SMITH STREET, HQSTX
HOUSTON TX 77002

* ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER MADE PAYABLE TO:
USDA APHIS AQI
PO BOX 952181

ST. LOUIS, MO. 63195-2181
* DO NOT SEND CASH
* ALLOW 5 DAYS FOR PROCESSING
* ON YOUR CHECK OR MONEY ORDER
* PLEASE INCLUDE YOUR VENDOR CODE:
742099724Q B

| | | |
|---|---|---|
| CURRENT AMOUNT : | 18,918.33 | DUE BY: 10/21/04 |
| PAST DUE AMOUNT: | | ENTER AMOUNT ENCLOSED: |
| TOTAL AMOUNT DUE THIS BILL: | 18,918.33 | ________________ |

| BILLING DOC ID | PREVIOUS BALANCE<br>PENALTY AMOUNT<br>ADMINISTRATIVE CHGS<br>INTEREST AMOUNT<br>CURRENT BALANCE | AMOUNT CREDITED | DATE CREDITED |
|---|---|---|---|
| BD 04AQI900345 | <br>16,215.71<br><br>2,702.62<br>18,918.33 | | |

| | TOTALS |
|---|---|
| PREVIOUS BALANCE: | |
| LESS AMOUNT CREDITED: | |
| PLUS PENALTY AMOUNT: | 16,215.71 |
| PLUS ADMINISTRATIVE CHARGES: | |
| PLUS INTEREST AMOUNT | 2,702.62 |
| | ==================== |
| CURRENT BALANCE: | 18,918.33 |

VENDOR CODE: 742099724QA

U.S. DEPARTMENT OF AGRICULTURE PAGE 2

ANIMAL & PLANT HEALTH INSPECTION SERVICE BILL DATE: 09/21/04

BILLED INTEREST AND PENALTIES FOR AN AUDIT LIABILITY FROM JAN 2002
TO DEC 2003

CR 3409 05005W 0001 Z

970315 0 1 0 5 0 5 12403400 33,045.18

1/7/05

LATE WIRE

U.S. BANK (3417)
ST. LOUIS, MO [illegible]

APHIS AQI
2181
331 WIRE

Sue Boyd

0 1 0 5 0 5

Interest & Penalty payment
for 2004 audit liability