# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| CONTINENTAL AIRLINES, INC., * | |
| Plaintiff, * | |
| v. * | No. 06-432C |
| THE UNITED STATES, * | (Filed: April 13, 2007) |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

A hearing in court on defendant's motion to dismiss and plaintiff's motion for partial summary judgment is set for Thursday, May 17, 2007, at 10.00 a.m. The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims