# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., Plaintiff, | * | |
| v. | * | No. 06-432C |
| THE UNITED STATES, Defendant. | * | (Filed: April 25, 2006) |

## ORDER

Defendant filed a Conditional Motion for a Continuance and Discovery Pursuant to RCFC 56(f) on March 21, 2007, to conduct discovery into certain statements contained in plaintiff's motion for partial summary judgment. The motion was "protective only" because defendant believes that "the allegations in question are not, in fact, relevant" to determining liability. In its brief in opposition to the government's motion, plaintiff agreed that the facts at issue "need not be resolved in order to adjudicate Continental's summary judgment motion." As both parties agree that the allegations that are the subject of defendant's motion are not relevant to resolving the dispositive motions before the Court, defendant's March 21, 2007, conditional motion for a continuance and discovery is **DENIED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims