# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
CONTINENTAL AIRLINES, INC., *
*
Plaintiff, *
*
v. * No. 06-432C
*
THE UNITED STATES, * (Filed: September 20, 2007)
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference by telephone was held in the above-captioned case on September 12, 2007.

**It is hereby ORDERED:**

1. The parties shall file simultaneous briefs on discovery relating to damages by Friday, September 28, 2007.

2. Oral argument on the parties' discovery briefs relating to damages shall be held on Tuesday, October 30, 2007, at 2:00 p.m. The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims