# In the United States Court of Federal Claims

## NOTICE

**CONTINENTAL AIRLINES, INC.**

**No. 06-432C**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 6, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Lawrence S. Margolis,

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on October 10, 2007.

Brian Bishop
Brian Bishop, Clerk