**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CONTINENTAL AIRLINES, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-432C
Judge Lawrence S. Margolis

**PROPOSED DISCOVERY PLAN**

Pursuant to this Court's instruction during the hearing held on October 30, 2007, the parties jointly propose the following discovery plan for the damages phase of this case:

| | |
|---|---|
| Fact Discovery Cut-off: | February 15, 2008 |
| Expert Reports Due: | March 17, 2008 |
| Rebuttal Expert Reports Due: | April 17, 2008 |
| Expert Discovery Cut-off: | May 19, 2008 |

Counsel for Plaintiff has conferred with counsel for Defendant, and Defendant concurs in the discovery plan set forth above.

Respectfully submitted,

/s/ Adam P. Feinberg

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 628-0858 (Facsimile)

Counsel for Plaintiff

Dated: November 13, 2007