# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CONTINENTAL AIRLINES, INC.,

Plaintiff,

v. — No. 06-432C

THE UNITED STATES, — (Filed: November 19, 2007)

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A hearing was held in the above-captioned case on October 30, 2007, relating to the parties' briefs to determine the scope of discovery as to damages.

**It is hereby ORDERED:**

1. The scope of discovery shall be limited to the $2 million in fees remitted to the government for alleged uncollected user fees.

2. The Proposed Discovery Plan, filed November 13, 2007, is **APPROVED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims