# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINENTAL AIRLINES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-432C

(Filed: February 20, 2008)

**O R D E R**

Plaintiff's unopposed motion, filed February 15, 2008, for a stay of pre-trial proceedings for a period of thirty days, beginning February 20, 2008, and ending on March 21, 2008, is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims