**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 06-432C<br>Judge Lawrence S. Margolis |

**STATUS REPORT**

Plaintiff Continental Airlines, Inc., after conferring with counsel for Defendant, respectfully submits this status report regarding the parties' efforts to stipulate to damages during the current stay of pre-trial proceedings.

The parties have agreed in principle to a stipulation that may obviate the need for further discovery or any proceedings concerning damages. The parties intend to file an executed stipulation in the near future. In part because counsel for Defendant is unavailable next week, the parties do not believe they will be able to finalize the stipulation until April 4, 2008.

WHEREFORE, the parties respectfully request that this Court continue the stay of pre-trial proceedings until April 4, 2008. In addition, the parties respectfully request a status conference (to be held after April 4, 2008) to discuss the impact of the stipulation on future proceedings in the case.

Respectfully submitted,

/s/ Adam P. Feinberg

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 628-0858 (Facsimile)

Counsel for Plaintiff

Dated: March 21, 2008