# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| CONTINENTAL AIRLINES, INC., * | |
| Plaintiff, * | |
| v. * | No. 06-432C |
| THE UNITED STATES, * | (Filed: April 7, 2008) |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

A status conference by telephone is set for Wednesday, April 9, 2008, at 2:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims