# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., Plaintiff, | * | |
| v. | * | No. 06-432C |
| THE UNITED STATES, Defendant. | * | (Filed: April 10, 2008) |

## O R D E R

A status conference by telephone was held in the above-captioned case on April 9, 2008.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, May 14, 2008, at 2:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims