# In the United States Court of Federal Claims

| | |
|---|---|
| CONTINENTAL AIRLINES, INC., | |
| Plaintiff, | |
| v. | No. 06-432C |
| THE UNITED STATES, | (Filed: May 15, 2008) |
| Defendant. | |

## ORDER

A status conference by telephone was held in the above-captioned case on May 14, 2008.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, June 25, 2008, at 3:30 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims