IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge by two days, to and including May 23, 2008, the due date for the revised stipulation concerning quantum, which the Court requested during the telephonic status conference on May 14, 2008. This is our first such request concerning this deadline. Adam P. Feinberg, counsel for plaintiff, Continental Airlines, Inc., states that plaintiff does not oppose this motion.

The parties have exchanged several drafts of the revised stipulation but have not yet agreed upon its contents. Mr. Feinberg will be unavailable for much of today, May 21. Moreover, undersigned counsel for defendant will need to obtain supervisory review before the document can be filed. We are optimistic, however, that a two-day enlargement, to and including May 23, will permit us to complete and file the revised quantum stipulation.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border
Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of
Agriculture
Washington, D.C.

May 21, 2008

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

CERTIFICATE OF FILING

I certify that on May 21, 2008, the attached was filed electronically. I understand that service is complete upon filing and that parties and others may access the filing through the Court's system.

s/Kyle Chadwick