# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CONTINENTAL AIRLINES, INC.,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-432C

(Filed: May 22, 2008)

**ORDER**

Defendant's unopposed motion, filed May 21, 2008, for enlargement of time to file a revised stipulation concerning quantum, to and including May 23, 2008, is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims