# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CONTINENTAL AIRLINES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-432C

(Filed: June 26, 2008)

**O R D E R**

The Revised Joint, Conditional Stipulation Concerning Quantum, filed May 23, 2008, is approved by the Court.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims