# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
CONTINENTAL AIRLINES, INC., *
Plaintiff, *
v. * No. 06-432C
THE UNITED STATES, * (Filed: June 26, 2008)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference by telephone was held in the above-captioned case on June 25, 2008.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, July 16, 2008, at 3:00 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims