IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-432C |
| | ) | |
| THE UNITED STATES, | ) | (Senior Judge Margolis) |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of James W. Poirier, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

James W. Poirier
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11016
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/James W. Poirier
JAMES W. POIRIER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0856
Facsimile: (202) 514-7969
E-mail: James.Poirier@usdoj.gov

Dated: July 23, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 23rd day of July, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James W. Poirier