IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | |
| | ) | (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 14 days, to and including August 14, 2008, within which the parties may file the proposed order requested by the Court at the status conference on July 16, 2008. The proposed order is currently due on July 31, 2008. This is the first motion for this purpose. Counsel for the plaintiff, Continental Airlines, Inc. ("Continental"), has authorized us to state that Continental does not oppose this motion.

Counsel for the United States is newly assigned to this case,[1] and needs some time to become familiar with the facts and law before the proposed order is filed. During the past week, counsel has been required to devote nearly all of his time to Fireman's Fund v. United States, No. 04-1692C (Fed. Cl.) and HM2 Corporation v. United States, No. 05-551C (Fed. Cl.). Discovery has been extremely active in both cases, and motions are likely

[1] His appearance was filed on July 23, 2008.

to be filed in both cases soon.

The full enlargement of time requested is needed. Both the Fireman's Fund case and the HM2 case are likely to be extremely active in coming weeks. In addition, counsel has several other cases, including United States v. Intermax Trading Company, No. 08-00117 (CIT), that will require his attention in early August. In addition, time will be needed for review by agency counsel and by supervisors at the Department of Justice.

For these reasons, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

S/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

July 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 30, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier