IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-432C |
| v. | ) | |
| | ) | (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 14 days, to and including August 28, 2008, within which the parties may file the proposed order requested by the Court at the status conference on July 16, 2008. The proposed order is currently due on August 14, 2008. This is the second motion for this purpose, the Court having granted an enlargement of 14 days. Counsel for the plaintiff, Continental Airlines, Inc. ("Continental"), has authorized us to state that Continental does not oppose this motion.

Counsel for the United States is newly assigned to this case,[1] and needs some time to become familiar with the facts and law before the proposed order is filed. During the past two weeks, counsel has been required to devote nearly all of his time to Fireman's Fund v. United States, No. 04-1692C (Fed. Cl.). An expedited briefing schedule was set in that matter to address a significant claim (roughly $35 million, plus interest), and counsel has been very busy. Counsel filed a response in that

[1] His appearance was filed on July 23, 2008.

case on August 12, 2008, and must serve interrogatory responses by August 15, 2008. In addition, on August 11, 2008, counsel filed a motion in HM2 Corporation v. United States, No. 05-551C (Fed. Cl.).

The full enlargement of time requested is needed. The Fireman's Fund case is extremely active. In addition, counsel must process settlement offers, and participate in a scheduling conference on August 19, 2008 in United States v. Intermax Trading Company, No. 08-00117 (CIT). Counsel must also prepare and file a response to the complaint in TKC Communications, LLC v. United States, No. 08-358C (Fed. Cl.) by August 28, 2008. In addition, time will be needed for counsel to review the facts and law in this case, and for review of the proposed order by agency counsel and by supervisors at the Department of Justice.

For these reasons, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

S/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 13, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 13, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier