# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| CONTINENTAL AIRLINES, INC., * | |
| Plaintiff, * | |
| v. * | No. 06-432C |
| THE UNITED STATES, * | (Filed: August 13, 2008) |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Defendant's unopposed motion, filed July 30, 2008, for enlargement of time, to and including August 14, 2008, for the parties to file the proposed order requested by the Court at the status conference on July 16, 2008, is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims