# In the United States Court of Federal Claims

| | |
|---|---|
| CONTINENTAL AIRLINES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-432C (Filed: August 14, 2008) |

**ORDER**

Defendant's unopposed motion, filed August 13, 2008, for enlargement of time, to and including August 28, 2008, for the parties to file the proposed order requested by the Court at the status conference on July 16, 2008, is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims