# In the United States Court of Federal Claims

| | |
|---|---|
| CONTINENTAL AIRLINES, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-432C<br>(Filed: September 4, 2008) |

## FINAL ORDER

The Court hereby holds as follows:

1. The proper measure of plaintiff's damages for illegal exaction is the difference between (a) the total amount of user fees that were assessed by the agencies, based upon the audits, and were complained of by plaintiff ("the assessment") and (b) the pro rata share of the assessment that is attributable to tickets sampled in the audits for which the Court would find that plaintiff collected a user fee;

2. The total amounts of user fees that plaintiff collected and remitted are irrelevant to its damages, see American Airlines, Inc. v. United States, 77 Fed. Cl. 672, 682 (2007), appeal pending, No. 2007-5174 (Fed. Cir.); and

3. The defendant's affirmative defenses of equitable estoppel and waiver are without merit for the same reasons stated in American Airlines, Inc. v. United States, 77 Fed. Cl. at 679-81.

In light of these holdings, and the parties' Revised Joint, Conditional Stipulation Concerning Quantum (Doc. No. 48), the Court finds that plaintiff is entitled to illegal exaction damages in the amount of $2,000,000.

Accordingly, the Clerk of the United States Court of Federal Claims is directed to enter judgment in favor of plaintiff Continental Airlines, Inc. in the amount of $2,000,000.

**IT IS SO ORDERED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims