# In the United States Court of Federal Claims

**No. 06-432 C**

**CONTINENTAL AIRLINES, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Final Order, filed September 4, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $2,000,000.00.

John S. Buckley
Acting Clerk of Court

**September 12, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.